UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on January 23, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re: <br><br> John O Poindexter, III <br><br> Debtor. | Case No.: 17-35746-ABA <br><br> Chapter: 13 <br><br> Hearing Date: January 23, 2018 <br><br> Judge: Andrew B. Altenburg, Jr. |

**ORDER GRANTING MOTION TO EXTEND TIME TO FILE MISSING SCHEDULES AND SCHEDULING HEARING ON BAD FAITH**

The relief set forth on the following page, numbered two is hereby **ORDERED**.

**DATED: January 23, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

*In re John O Poindexter, III*
*Case No.: 17-35746-ABA*
*Order Granting Motion to Extend Time to File Missing Schedules and Scheduling Hearing on Bad Faith*
Page | 2

---

**THIS MATTER** having come before the court by Debtor's Motion to Extend Time; and Creditor, Le Club I Condominium Association, having filed an objection; and the Court having considered all of the papers submitted, along with any arguments of counsel; and the Court finding that the case may have been filed in bad faith will treat the Creditor's objection as a Cross Motion for Bad Faith Filing; and for the reasons set forth on the record; and for good cause shown; it is

**ORDERED** that the Debtor's Motion to Extend Time to File Missing Schedules is **GRANTED**.

**IT IS FURTHER ORDERED** that the Debtor shall file all missing documents by January 26, 2018. Failure to do so will result in dismissal of the case with prejudice, and the Debtor shall be prevented from filing another bankruptcy case for a period of 180 days.

**IT IS FURTHER ORDERED** that the Debtor shall file a response to the Cross Motion by February 2, 2018. The Creditor may file a response by February 9, 2018. A plenary hearing on the Cross Motion shall be conducted on **February 13, 2018, at 2:00 p.m**.

The court reserves the right to revise its findings of fact and conclusions of law.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-35746-ABA
John O Poindexter, III                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 1           Date Rcvd: Jan 24, 2018
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2018.
db              +John O Poindexter, III,    438 Kelham Court,    Mt. Laurel, NJ 08054-3724

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2018 at the address(es) listed below:
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Marcia Y, Phillips    on behalf of Debtor John O Poindexter, III theladyjustice@outlook.com,
               theladyjustice.phillips@gmail.com
              Nona Ostrove    on behalf of Creditor    Le Club I Condominium Association nostrove@ostrovelaw.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank, National Association, as Trustee for the
               Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2006-3
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5