Form 132 – 13sum

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                      Case No.: 17−35746−ABA
                      Chapter: 13
                      Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John O Poindexter III
   dba Law Office of John O. Poindexter, III
   438 Kelham Court
   Mt. Laurel, NJ 08054

Social Security No.:
   xxx−xx−6795

Employer's Tax I.D. No.:
   22−3489938

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              2/28/18
Time:             09:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: January 29, 2018
JAN: eag

                                        Jeanne Naughton
                                        Clerk, U. S. Bankruptcy Court