Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  17−35746−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    John O Poindexter III
    dba Law Office of John O. Poindexter, III
    438 Kelham Court
    Mt. Laurel, NJ 08054

Social Security No.:
    xxx−xx−6795

Employer's Tax I.D. No.:
    22−3489938

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                2/28/18
Time:                09:00 AM
Location:            Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street,
Camden, NJ 08101−2067

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: January 29, 2018
JAN: eag

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-35746-ABA
John O Poindexter, III                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2          Date Rcvd: Jan 29, 2018
                             Form ID: 132              Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 31, 2018.
```
db            +John O Poindexter, III,    438 Kelham Court,    Mt. Laurel, NJ 08054-3724
517248829     +Capital One,    PO Box 85617,    Richmond, VA 23285-5617
517248384     +IRS,    51 Haddonfield Road,    Cherry Hill, NJ 08002-4801
517300333      Le Club I. Condo Association,    Associ Mid-Atlantic,    1400 Horizon Way, Set 1,
                Mt. Laurel, NJ 08054
517248385     +Le Club I. Condo Association,    MEM Property Management Corporation,    3 Executive Drive, #350,
                Somerset, NJ 08873-4007
517248386     +Mathew York (Notice Only),    50 Barrack Street,    Trenton, NJ 08695-0001
517248975     +Orion,    c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517248387     +Phelan Hallinan (Notice Only),    400 Fellowship Road,    Suite 100,    Mt. Laurel NJ 08054-3437
517248388     +Regional Ortho Professionals Association,    2201 Chapel Avenue,    Cherry Hill, NJ 08002-2098
517248828    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court: NJ Division of Taxation,    Bankruptcy Department,    PO Box 245,
                Trenton, NJ 08695)
517248390    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: U S Bank National Association,    425 Walnut Street,
                Cincinnati, Ohio 45202)
517248391      Wells Fargo Dealer Srv,    PO Box 99517,    Sacramento, Ca 95899
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 29 2018 22:20:17    U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 29 2018 22:20:17    United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517248827     +E-mail/Text: cio.bncmail@irs.gov Jan 29 2018 22:20:14    IRS,    PO Box 7346,
                Philadelphia, PA 19101-7346
517260556      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 29 2018 22:29:43
                Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.A.,    POB 41067,
                Norfolk VA 23541
517280416      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 29 2018 22:24:10
                Portfolio Recovery Associates, LLC,    c/o Dell Financial Services, LLC,    POB 41067,
                Norfolk VA 23541
517260558      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 29 2018 22:40:42
                Portfolio Recovery Associates, LLC,    c/o Rcs Direct Marketing/Orchard Bank,    POB 41067,
                Norfolk VA 23541
517301304     +E-mail/Text: jennifer.chacon@spservicing.com Jan 29 2018 22:20:22    SPS,    PO Box 65250,
                Salt Lake City, UT 84165-0250
                                                                                         TOTAL: 7
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517300332*    +IRS,    51 Haddonfield Road,    Cherry Hill, NJ 08002-4801
517300334*    +Mathew York (Notice Only),    50 Barrack Street,    Trenton, NJ 08695-0001
517300335*    +Phelan Hallinan (Notice Only),    400 Fellowship Road,    Suite 100,    Mt. Laurel NJ 08054-3437
517300336*    +Regional Ortho Professionals Association,    2201 Chapel Avenue,    Cherry Hill, NJ 08002-2098
517248389*   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,    Division of Taxation,    50 Barrack Street,
                Trenton, NJ 08695)
517300337*   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,    Division of Taxation,    50 Barrack Street,
                Trenton, NJ 08695)
517258666*   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                PO Box 245,    Trenton, NJ 08695-0245)
517300338*   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: U S Bank National Association,    425 Walnut Street,
                Cincinnati, Ohio 45202)
517300339*    Wells Fargo Dealer Srv,    PO Box 99517,    Sacramento, Ca 95899
                                                                       TOTALS: 0, * 9, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1          User: admin              Page 2 of 2          Date Rcvd: Jan 29, 2018
                             Form ID: 132              Total Noticed: 19
```

```
                     ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2018 at the address(es) listed below:
          Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Marcia Y, Phillips    on behalf of Debtor John O Poindexter, III theladyjustice@outlook.com,
          theladyjustice.phillips@gmail.com
          Nona  Ostrove    on behalf of Creditor    Le Club I Condominium Association nostrove@ostrovelaw.com
          Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank, National Association, as Trustee for the
          Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2006-3
          rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                           TOTAL: 5
```