UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Marcia Y. Phillips, Esq.
Marcia Y Phillips, Esq. LL.M & Associates, LLC
1900 Market Street/Suite 800
Philadelphia Pa 19103

PO Box 625
Moorestown NJ 08057
Tel: 856-282-1100
Fax:888-303-2922
Email: theladyjustice@outlook.com
ID: 3971989

In Re:

John O. Poindexter

Case No.: 17-35746

Chapter: 13

Hearing Date: 2/13/2018

Judge: ABA

# ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, Marcia Y. Phillips, Esq. ,

   ☒ am the attorney for: Debtor John O. Poindexter

   ☐ am self-represented

   Phone number: 856-292-1100

   Email address: theladyjustice@outlook.com

2. I request an adjournment of the following hearing:

   Matter: Motion by Creditor "Bad Faith"

   Current hearing date and time: 2/13/2018 @2pm

   New date requested: 2/27/2018 @2pm

   Reason for adjournment request: Conflict in Schedule/Domestic Violence Trial Burlington County, NJ Stevens vs. Stevens

3.     I request an adjournment of confirmation:

    Current confirmation date and time: _____

    New date requested: _____

    Reason for adjournment request: _____

    _____

    Confirmation has been adjourned _____ previous times

    Trustee payments are current through _____

    The meeting of creditors under § 341(a) of the Code ☐ was conducted ☐ was not conducted

4.     Consent to adjournment:

    ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below): _____

    _____

    _____

I certify under penalty of perjury that the foregoing is true.

Date: 2/8/2018 _____     /s/ Marcia Y. Phillips, Esq. _____
                                                                                            Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request must be made not later than 3 days before the hearing.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted      New hearing date: 2/27/18 at 2 pm      ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____      ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**