Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

          Case No.: 17−35746−ABA
          Chapter: 13
          Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John O Poindexter III
   dba Law Office of John O. Poindexter, III
   438 Kelham Court
   Mt. Laurel, NJ 08054

Social Security No.:
   xxx−xx−6795

Employer's Tax I.D. No.:
   22−3489938

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/13/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 13, 2018
JAN: bc

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
John O Poindexter, III  
    Debtor

Case No. 17-35746-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 2          Date Rcvd: Mar 13, 2018  
                          Form ID: 148         Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2018.

```
db              +John O Poindexter, III,    438 Kelham Court,    Mt. Laurel, NJ 08054-3724
517248384       +IRS,    51 Haddonfield Road,    Cherry Hill, NJ 08002-4801
517248385       +Le Club I. Condo Association,    MEM Property Management Corporation,    3 Executive Drive, #350,
                  Somerset, NJ 08873-4007
517300333        Le Club I. Condo Association,    Associ Mid-Atlantic,    1400 Horizon Way, Set 1,
                  Mt. Laurel, NJ 08054
517248386       +Mathew York (Notice Only),    50 Barrack Street,    Trenton, NJ 08695-0001
517248975       +Orion,    c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517248387       +Phelan Hallinan (Notice Only),    400 Fellowship Road,    Suite 100,    Mt. Laurel NJ 08054-3437
517248388       +Regional Ortho Professionals Association,    2201 Chapel Avenue,    Cherry Hill, NJ 08002-2098
517248828      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court:  NJ Division of Taxation,    Bankruptcy Department,    PO Box 245,
                  Trenton, NJ 08695)
517248391        Wells Fargo Dealer Srv,    PO Box 99517,    Sacramento, Ca 95899
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Mar 13 2018 23:19:09      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 13 2018 23:19:06      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
cr               EDI: IRS.COM Mar 14 2018 02:58:00      United States of America (Internal Revenue Service,
                  U.S. Attorney's Office,    970 Broad Street,    Suite 700,    Newark, NJ  07102-2535
517248829       +EDI: CAPITALONE.COM Mar 14 2018 02:58:00      Capital One,    PO Box 85617,
                  Richmond, VA 23285-5617
517339727       +EDI: PRA.COM Mar 14 2018 02:58:00      Orion Portfolio Services LLC,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517260556        EDI: PRA.COM Mar 14 2018 02:58:00      Portfolio Recovery Associates, LLC,
                  c/o Capital One Bank, N.A.,    POB 41067,    Norfolk VA 23541
517280416        EDI: PRA.COM Mar 14 2018 02:58:00      Portfolio Recovery Associates, LLC,
                  c/o Dell Financial Services, LLC,    POB 41067,    Norfolk VA 23541
517260558        EDI: PRA.COM Mar 14 2018 02:58:00      Portfolio Recovery Associates, LLC,
                  c/o Rcs Direct Marketing/Orchard Bank,    POB 41067,    Norfolk VA 23541
517301304       +E-mail/Text: jennifer.chacon@spservicing.com Mar 13 2018 23:20:11      SPS,    PO Box 65250,
                  Salt Lake City, UT 84165-0250
517370799        E-mail/Text: jennifer.chacon@spservicing.com Mar 13 2018 23:20:11
                  U.S. Bank, National Association, as Trustee, et al,    c/o Select Portfolio Servicing, Inc.,
                  P.O. Box 65250,    Salt Lake City, UT 84165-0250
517248390        EDI: USBANKARS.COM Mar 14 2018 02:58:00      U S Bank National Association,    425 Walnut Street,
                  Cincinnati, Ohio 45202
517335766        EDI: WFFC.COM Mar 14 2018 02:58:00      Wells Fargo Bank N.A.,,
                  d/b/a Wells Fargo Dealer Services,    PO Box 19657,    Irvine, CA 92623-9657
                                                                                                 TOTAL: 12
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517300332*      +IRS,    51 Haddonfield Road,    Cherry Hill, NJ 08002-4801
517248827*      +IRS,    PO Box 7346,    Philadelphia, PA 19101-7346
517300334*      +Mathew York (Notice Only),    50 Barrack Street,    Trenton, NJ 08695-0001
517300335*      +Phelan Hallinan (Notice Only),    400 Fellowship Road,    Suite 100,    Mt. Laurel NJ 08054-3437
517300336*      +Regional Ortho Professionals Association,    2201 Chapel Avenue,    Cherry Hill, NJ 08002-2098
517248389*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court:  State of New Jersey,    Division of Taxation,    50 Barrack Street,
                  Trenton, NJ 08695)
517300337*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court:  State of New Jersey,    Division of Taxation,    50 Barrack Street,
                  Trenton, NJ 08695)
517258666*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court:  State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                  PO Box 245,    Trenton, NJ 08695-0245)
517300338*     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court:  U S Bank National Association,    425 Walnut Street,
                  Cincinnati, Ohio 45202)
517300339*       Wells Fargo Dealer Srv,    PO Box 99517,    Sacramento, Ca 95899
                                                                                               TOTALS: 0, * 10, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Mar 13, 2018
                              Form ID: 148             Total Noticed: 22
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2018 at the address(es) listed below:
```
              Eamonn O'Hagan    on behalf of Creditor   United States of America (Internal Revenue Service)
               eamonn.ohagan@usdoj.gov
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Marcia Y, Phillips    on behalf of Debtor John O Poindexter, III theladyjustice@outlook.com,
               theladyjustice.phillips@gmail.com
              Nona Ostrove    on behalf of Creditor   Le Club I Condominium Association nostrove@ostrovelaw.com
              Rebecca Ann Solarz    on behalf of Creditor   U.S. Bank, National Association, as Trustee for the
               Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2006-3
               rsolarz@kmllawgroup.com
              U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```