UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEW JERSEY

Marcia Y. Phillips, Esquire
Marcia Y. Phillips, Esq., LLM & Associates LLC
PO BOX 625
MOORESTOWN NJ 08057
Fed Atty ID: MYP 9967
Tel:    856-282-1100
EmaIL:  theladyjustice@outlook.com
For Debtor

In Re:

JOHN O POINDEXTER

Case No.: 17-35746
Hearing Date:
Judge: ABA
Chapter 13

## NOTICE OF MOTION TO REINSTATE CASE

To:
    ISABEL BALBOA, CHAPTER 13 TRUSTEE
    CREDITORS

**PLEASE TAKE NOTICE THAT** ON _____ day of _____ 2018, or as soon thereafter that counsel for debtors may be heard;Debtors shall move before this Honorable Court for an Order to REINSTATE CASE in the above matter.

I do hereby certify that the foregoing statements are true and correct.  I understand that if any of the foregoing statements are willfully false, I am subject to punishment

Date:   APRIL 6, 2018            Respectfully Submitted,
                                 Marcia Y Phillips, Esq. & Assoc.

                                 By:  /s/ Marcia Y. Phillips, Esq.
                                 Marcia Y. Phillips, Esq.
                                 Atty for Debtor